MAX FISCHBEIN, PETITIONER-DEFENDANT, v. REAL ESTATE MANAGEMENT, INC., AND COMMERCIAL CAS-UALTY INSURANCE CO., RESPONDENTS-PROSECUTORS.

Argued October 6, 1943—Decided November 12, 1943.

Before Justices CASE, DONGES and PORTER.

For the petitioner-defendant, *David Roskein* (*Harry Cohn,* of counsel).

For the respondents-prosecutors, *Henry M. Grossman* (*Isidor Kalisch,* of counsel).

PER CURIAM.

This is an application by the employer in a compensation case for a writ of *certiorari* to review the judgment of the Essex County Court of Common Pleas in affirming a judgment and award of the Workmen's Compensation Bureau.

An examination of the moving papers leads us to the conclusion that a debatable legal question has been presented and that a writ of *certiorari* should be allowed. Both parties have leave to take depositions on five days' notice to be used on the return of the writ.